**Order entered January 27, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00824-CR

**DELONZE ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-34145-N**

## ORDER

The State's motion for extension of time to file the State's brief is **GRANTED**, and we **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/   DENNISE GARCIA
      JUSTICE